IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANDREA DISTRIBUTING, INC.,

        Plaintiff,

v.

DEAN FOODS OF WISCONSIN. LLC,

        Defendant.

ORDER

15-cv-341-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 6th day of July, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge