IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDREA DISTRIBUTING, INC.,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

  v.   Case No. 15-cv-341-jdp

DEAN FOODS OF WISCONSIN, LLC,

    Defendant.

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Dean Foods of Wisconsin, LLC in the amount of $138,250.62 and dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 6/8/2016 |
| Peter Oppeneer, Clerk of Court | Date |